United States District Court
Southern District of Texas
**ENTERED**
January 24, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SALVADOR SEGOVIA, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:24-CV-03819** |
| | § | |
| **PRIPI, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

**ORDER**

The parties in this case have filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 10. In accordance with that stipulation and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 21st day of January, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE